FILED
 2006 Feb-09 PM 04:12
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| ERIC TYLER SLEDGE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CV 05-H-0421-NE |
| | ) | |
| WARDEN JERRY FERRELL; ATTORNEY GENERAL FOR THE STATE OF ALABAMA, | ) ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on January 10, 2006, recommending that the petition for writ of habeas corpus be dismissed as untimely. On January 19, 2006 petitioner's motion for extension of time to file objections was granted until February 6, 2006. On February 3, 2006 petitioner filed objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the petitioner, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be DISMISSED as untimely. A Final Judgment will be entered.

**DONE** this the   9th   day of February, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE